**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHARLES RAY CATHY,                     )     NO. CV 08-3855 R (FMO)
                                       )
          Petitioner,          )
                                       )
       v.                        )     **JUDGMENT**
                                       )
JAMES WALKER, Warden,                  )
                                       )
          Respondent.          )
_____)

      IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 29, 2009

                                          _____
                                            MANUEL L. REAL
                                 UNITED STATES DISTRICT JUDGE